UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL,
       PLAINTIFFS

V.

DOREEN R. KELLY, ET AL,    CIVIL ACTION
       DEFENDANTS         No. 05-10470 MLW


AFFIDAVIT OF STEPHEN MCGRATH

I, Stephen McGrath, state under oath as follows:

1. I own McGrath Investigative Consultants and I am a ~~licensed~~ *appointed* constable.

2. Juliet Alexander telephoned me in early May, 2005, and requested assistance in locating and serving several Defendants in her Federal Civil Action.

3. Juliet Alexander gave me a list of 15 Defendants containing possible addresses and personal descriptions of some of the individual Defendants.

4. On or about June 15, 2005, Juliet Alexander telephoned me and asked me to be prepared to locate and serve any Defendant who did not return a signed waiver of service by June 30, 2005.

5. On July 5, 2005, 6 copies of the complaint with copies of summonses attached to the cover sheets and 6 original summonses for the following Defendants: Kenneth Pontes, Barney Keezell, Erin Senges, Stephanie Thomas, Erica Cohen and Barbara Hawkes-Sullivan, were delivered to my office.

6. I made extensive efforts to verify the residential addresses of these Defendants.

7. I made several visits to each Defendant's address; several of these Defendants took steps to evade service.

8. I was able to effect service upon the following Defendants:
    KENNETH PONTES
    BARNEY KEEZELL
    ERIN SENGES

9. I am continuing to make diligent and comprehensive efforts to locate and serve the remaining Defendants.

10. I have ~~attached~~ will forward under separate cover documentation to this affidavit detailing my efforts to locate and effect service upon these Defendants and the costs thereof.

Signed under the penalties of perjury this \_11\_ day of \_July\_ 2005.

                                        _____
                                            Stephen McGrath

**PETER F. TINKHAM**  814

Date July 11 2005    5-7017/2110
                                 793

Pay to the Order of _Stephen McGrath_    $ 500 ⁰⁰

_Five Hundred_ _____ Dollars

**Citizens Bank**
Massachusetts

For _retainer for PT services_    _Peter Tinkham_ MP

⑈211070175⑈ ⑆138183129⑈    0814

---

**PETER F. TINKHAM**  813

Date July 11 2005    5-7017/2110
                                 793

Pay to the Order of _Stephen McGrath_    $ 630 ᵘ

_Six hundred Thirty_ _____ Dollars

**Citizens Bank**
Massachusetts

For _service on 3△5_    _Peter Tinkham_ MP

⑈211070175⑈ ⑆138183129⑈    0813