AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_EASTERN DIVISION_  District of _MASSACHUSETTS_

PETER TINKHAM

V.

DOREEN R. KELLY.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05-10470 MLW

TO: (Name and address of Defendant)

ERIN SENGES
DSS AREA OFFICE
30 Mystic Street
Arlington, MA 02474
781-641-8500

61 Winslow Road
Belmont
Massachusetts 02478
617-489-7446

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juliet Alexander and Peter Tinkham
P.O. Box 466
Hopkinton
Massachusetts
01748-9998

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

3-11-05
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  7-9-05 |
| NAME OF SERVER *(PRINT)*  STEPHEN M. MCGRATH | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:  (2 attempts)
  64 WINSLOW RD, BELMONT, MA 02478

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL 65 - | SERVICES 200 - | TOTAL $0.00  265 - |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-9-05
             Date

Signature of Server: *Stephen M. McGrath*

Address of Server: POB 204 Foxboro MA 02635

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.