AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__EASTERN DIVISION__    District of __MASSACHUSETTS__

PETER TINKHAM

v.

DOREER R. KELLY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10470 MLW**

TO: (Name and address of Defendant)

KENNETH PONTES
AREA DIRECTOR
DSS AREA OFFICE
30 Mystic Street
Arlington, MA 02474
781-641-8500

76 Moss Hill Road
Jamaica Plain
Massachusetts

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juliet Alexander and Peter Tinkham
P.O. Box 466
Hopkinton
Massachusetts
01748-9998

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

3-11-05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7·8·05 |
| NAME OF SERVER (PRINT) STEPHEN M MCGRATH | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
   76 MOSS HILL Rd, JAMAICA PLAIN, MB

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL 35.- | SERVICES 150.- | TOTAL $0.00 /85.- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7·8·05
                Date

*Stephen M. McGrath*
Signature of Server

POB 264 Foxboro MA 02035
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.