AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION   District of MASSACHUSETTS

PETER TINKHAM

v.

DOREEN R. Kelly

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 10470 MLW

TO: (Name and address of Defendant)

BARNEY KEEZELL
DIRECTOR
OSS FAIR HEARING UNIT
24 FARNSWORTH STREET
BOSTON, MA  02210  → 617-748-2000

NO AVAILABLE HOME ADDRESS.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juliet Alexander AND Peter Tinkham
P.O. Box 466
Hopkinton
Massachusetts
01748-9998.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

3-11-05

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7·9·05 |
| NAME OF SERVER (PRINT) STEPHEN M MCGRATH | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   *in front of*   41 Hamlin Rd Newton

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL 50.- | SERVICES 130.- | | TOTAL $0.00 | 180.- |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7·9·05         *Stephen M. M'Grath*
            Date                Signature of Server

           POB 204 Foxboro MA 02035
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.