UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.
    PLAINTIFFS

V.                                          CIVIL ACTION
                                              NO. 05-10470 MLW

DOREEN R. KELLY, ET AL.
        DEFENDANTS

AFFIDAVIT OF PLAINTIFF ALEXANDER

I, Juliet Alexander, state under oath as follows:

1. I am a Plaintiff Pro se in the above-entitled action.

2. On June 20th, 2005, I contracted with Constable Stephen McGrath to effect service on all Defendants who had declined to return their signed Waivers of Service of Summons.

3. On June 30, 2005, I gave him six copies of summonses and complaints to serve on the six Defendants who did not return their Waivers of Service of Summons.

4. I did not include Defendant Verret in that number on account of the earnest representation of her attorney, John Davis, that her signed Waiver of Service of Summons would be forthcoming forthwith.

Signed under the penalties of perjury this 11th day of July, 2005.

                                                                    /s/ Juliet Alexander
                                                                     Juliet Alexander

⊗AO 398 (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

ATTACHMENT 7

TO: (A) _MARGARET VERRET_

as (B) _____ of (C) _____

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the
(D) _EAStERN DiViSiON_ District of _MASSAchusetts_
and has been assigned docket number (E) _05-10470 MLW_

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver
within (F) _30_ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this _1st_ day of _JUNE_, _2005_.

_Juliet Alexander_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

---

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

| SENDER COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent<br>*Margaret Verret* ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>MARGARET VERRET<br>35 COTTAGE STREET<br>SHARON<br>MA 02067 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br>6\|8 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0007 0847 4227 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 3.85 | UNIT ID: 0334 |
| Certified Fee | 2.30 | Postmark<br>Here |
| Return Receipt Fee<br>(Endorsement Required) | 1.75 | |
| Restricted Delivery Fee<br>(Endorsement Required) | | Clerk: B7NHDC |
| Total Postage & Fees | $ 7.90 | 02334<br>04/05 |

Sent To MARGARET VERRET
Street, Apt. No.;
or PO Box No. 35 COTTAGE STREET
City, State, ZIP+4 SHARON, MA 02067

PS Form 3800, June 2002   See Reverse for Instructions

7004 2510 0007 0847 4227

# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano
Jeffrey M. Sankey*

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

James M. Dunn ♦
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦
Darlene M. Tonucci ■

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT
■ also admitted in FL

June 28, 2005

Juliet B. Alexander
Peter F. Tinkham
P.O. Box 466
Hopkinton, MA 01748-9998

Re:   Peter Tinkham, et al
      vs. Doreen R. Kelly, et al
      U.S.D.C. (D. Mass.) C.A. No. 05-10470MLW
      Our File No.: 164-0403237

Dear Ms. Alexander and Mr. Tinkham:

    Please be advised that this office has been retained to represent the several Town of Sharon School Department officials, employees and representatives named as defendants in the suit recently brought against them (and others) on your own behalf and on behalf of your minor daughter, Samantha Tinkham, in United States District Court. Specifically, we represent Superintendent Claire W. Jackson, Ph.D.; Doreen R. Kelly; Judith M. Alberton; Joan Bernheimer, Ph.D.; Margaret Verret, R.N.; Robert Doyle, Ph.D.; Dr. Jean Curtis Loud; Donna Kyed; and Barry Mintzer, Esq.

    Each of our clients received from you a copy of the Complaint (with attached Appendices and Exhibits), together with a "Waiver of Service of Summons" form. Our clients our now in the process of executing those Waiver forms and returning them to our office. Upon our receipt of the signed forms, we will forward the same to your attention. Please advise us of your correct mailing address. The Civil Cover Sheet filed with the District Court identifies your address as a P.O. Box in Hopkinton, Massachusetts, while the Docket Sheet identifies your address as a P.O. Box in Easton, Massachusetts. To which address should the executed Waiver forms be sent?

**PIERCE, DAVIS & PERRITANO, LLP**
June 28, 2005
Page 2

Thank you for your attention to this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis

cc:   P.O. Box 1075, Easton, MA 02334
      Harry C. Beach, Esq.

June 30, 2005

John J. Davis
Pierce, Davis & Perritano
Ten Winthrop Square
Boston, MA  02110 - 1257


Re:  Peter Tinkham v Doreen Kelly
     U.S. District Court Civil Action # 05-10470 MLW


Dear Mr. Davis,

    We are in receipt of your letter of the 28th instant in which you request clarification on where to send the waivers that your several clients are "in the process of executing".

    Please be advised that the stamped envelopes supplied to each of your clients with those waivers are addressed to

> Juliet Alexander
> P.O. Box 466
> Hopkinton, MA  01748 - 9998

    This is a post office box we secured upon filing our complaint to allow each Defendant and/or his attorney to correspond with us at a mailing address in Massachusetts and to insure our prompt and unified notification of all said correspondence. As you know, everything filed in a federal case is time specific. Therefore, kindly direct all of your mailings to us at this address.

    According to the waiver instructions also furnished to each of your clients, those waivers must be returned and be in our hands on a date certain. That date, allowing them a few extra days for our slightly delayed mailing, is July 3, 2005.

    We note that your letter is copied to a Harry C. Beach, Esq. If this person is an attorney representing other clients in this action, you may want to give him a copy of our letter so that he will be informed that if his client(s) signed waivers are not returned by July 3, 2005, we will effect, and they will pay the cost of, service by other means.

    If you or any opposing counsel you may know of are willing to waive in writing any objection to service for purposes of a prospective Rule 12 (b) Motion, we will accept in good faith that the signed waivers will be returned to us by July 8, 2005.

Please note that your client, Jean Loud, has already returned her signed waiver.

We remain

                                    Very Cordially Yours,

                                    Peter F. Tinkham

                                    Juliet Alexander

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE
BOSTON, MA 02110

| | | |
|---|---|---|
| Postage | $ 3.85 | UNIT ID: 0462 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: RW3K80 |
| Total Postage & Fees | $ 7.90 | 07/01/05 |

Sent To: John Davis Esq
Street, Apt. No.; or PO Box No.: 10 Winthrop Square
City, State, ZIP+4: Boston MA 02110

PS Form 3800, June 2002       See Reverse for Instructions

7004 2890 0004 2079 9809

# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano
Jeffrey M. Sankey*

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

James M. Dunn ♦
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦
Darlene M. Tonucci ■

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT
■ also admitted in FL

July 1, 2005

Juliet B. Alexander
Peter F. Tinkham
P.O. Box 466
Hopkinton, MA 01748-9998

Re:   Peter Tinkham, et al
      vs. Doreen R. Kelly, et al
      U.S.D.C. (D. Mass.) C.A. No. 05-10470MLW
      Our File No.: 164-0403237

Dear Ms. Alexander and Mr. Tinkham:

Please find enclosed "Waiver of Service of Summons" forms executed by the defendants, Judith M. Alberton, Dr. Joan Bernheimer, Dr. Robert J. Doyle and Attorney Barry Mintzer. My clients' remaining forms will be forwarded under separate cover.

Thank you for your attention to this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis

Enclosures
cc:   Harry C. Beach, Esq. (w/out enclosures)

July 3, 2005

John J. Davis, Esq.
Pierce, Davis & Perritano
Ten Winthrop Square
Boston, MA  02110-1257

Re: Peter Tinkham v. Doreen R. Kelly
    U.S. District Court Civil Action # 05-10470 MLW

Dear Mr. Davis,

We received, on the second instant, the four signed waivers of Defendants Mintzer, Doyle, Bernheimer and Alberton and your earnest representation that your remaining clients were in the process of executing theirs.

We will, in good faith, take this to mean that these waivers will be in our hands as of July 8, 2005 and we will not, therefore, effect service upon them.

We thank you for your courtesy and remain

                                           Very cordially yours,

                                           *Peter Tinkham*

                                           Peter Tinkham

                                           *Juliet Alexander*

                                           Juliet Alexander

## PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Brian D. Carlson †
James M. Dunn ♦
Meredith P. Freed
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT

July 6, 2005

Juliet B. Alexander
Peter F. Tinkham
P.O. Box 466
Hopkinton, MA 01748-9998

Re:   Peter Tinkham, et al
      vs. Doreen R. Kelly, et al
      U.S.D.C. (D. Mass.) C.A. No. 05-10470MLW
      Our File No.: 164-0403237

Dear Ms. Alexander and Mr. Tinkham:

Please find enclosed the original "Waiver of Service of Summons" form executed by the defendant, Donna M. Kyed. The forms of the remaining Sharon defendants (Dr. Claire Jackson, Doreen Kelly and Margaret Verret, R.N.) are en route and will be forwarded under separate cover.

This also confirms my receipt of your correspondence dated June 30, 2005, instructing this office to direct all future mailings to the P.O. Box address in Hopkinton, Massachusetts. We shall be pleased to do so. We shall interpret your instructions as plaintiffs' written consent to our service of all pleadings and other papers in this matter upon your Hopkinton address only in accordance with L.R. 5(a) & 5(b)(2)(D).

Further, in response to your inquiry, Attorney Harry C. Beach serves as counsel for the Sharon School Department. This office, however, has been retained to represent each of the nine (9) individually-named Sharon School officials, employees or representatives. My Notice of Appearance on behalf of all Sharon School defendants will be filed shortly.

Finally, in response to your final paragraph concerning prospective Rule 12(b) motions, please be advised that my clients reserve all rights to file such a motion (or motions), and expressly waive no rights, defenses or objections whatsoever.

PIERCE, DAVIS & PERRITANO, LLP
July 6, 2005
Page 2

Thank you for your attention to this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis

Enclosure
cc:   Harry C. Beach, Esq. (w/out enclosure)

# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Brian D. Carlson †
James M. Dunn ♦
Meredith P. Freed
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦

\* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT

July 7, 2005

Juliet B. Alexander
Peter F. Tinkham
P.O. Box 466
Hopkinton, MA 01748-9998

    Re:    Peter Tinkham, et al vs. Doreen R. Kelly, et al
            U.S.D.C. (D. Mass.) C.A. No. 05-10470MLW
            Our File No.: 164-0403237

Dear Ms. Alexander and Mr. Tinkham:

    Please find enclosed the original "Waiver of Service of Summons" forms executed by the defendants, Dr. Claire Jackson and Doreen Kelly, with regard to the above-referenced matter.

    Thank you for your attention to this matter.

                              Very truly yours,

                              PIERCE, DAVIS & PERRITANO, LLP

                              John J. Davis

JJD/kd
Enclosures

    cc:    Harry C. Beach, Esq. (w/out enclosure)