July 18, 2005
Clerk of Court
US District Court
District of Massachusetts
1 Court House Way
**Boston, Ma 02210**

Re: Civil Action #05-10470MLW

**Dear Sir,**

Please find enclosed defendant Margaret Verret's signed Waiver of Service of Summons received by plaintiff July 16 2005. I withdraw my motion submitted to you on July 11 2005, to have her brought under the personal jurisdiction of the Court.
    I remain

                                                            Very truly yours

                                                            Peter Tinkham, Pro Se

                                                            PO Box 1075
                                                            Easton, Ma 02334

cc. Daniel Skrip