AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION   District of  MASSACHUSETTS

PETER TINKHAM

V.

DOREEN R. KELLY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-10470 MLW

TO: (Name and address of Defendant)

BARBARA HAWKES-SULLIVAN
OSS AREA OFFICE
ARLINGTON
MASSACHUSETTS 02474
781-641-8500

45 CHESTER ROAD
BELMONT
MASSACHUSETTS 02478
617-484-5804

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JULIET ALEXANDER AND PETER TINKHAM
P.O. BOX 466
HOPKINTON
MASSACHUSETTS
01748-9998

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____    3-11-05
CLERK                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7·27·05 |
| NAME OF SERVER (PRINT) STEPHEN M. MCGRATH | TITLE DISINTERESTED PARTY |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Dept. of Social Services 30 Mystic St Arlington Ma

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL 40.— | SERVICES 180.— | TOTAL $0.00  220.— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 27 2005       Stephen M. McGrath
                 Date                        Signature of Server

POB 204 Foxboro MA 02035
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.