AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Eastern Division___ District of ___Massachusetts___

Peter Tinkham

V.

Doreen R. Kelly

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10470 MLW**

TO: (Name and address of Defendant)

Stephanie Thomas
DSS Area Office
30 Mystic Street
Arlington MA 02474
781-641-8500

142 Essex Street
S. Hamilton
Massachusetts
Unp. Tel. #

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juliet Alexander and Peter Tinkham
P.O. Box 466
Hopkinton
Massachusetts
01748-9998.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

3-11-05

DATE

﹩AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  JULY 25 2005 |
| NAME OF SERVER (PRINT)  STEPHEN M. MCGRATH | TITLE  DISINTERESTED |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   × 3 Trips

Name of person with whom the summons and complaint were left: CHRISTOPHER THOMAS (HUSBAND)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL 120.- | SERVICES 360.- | TOTAL $0.00  480.- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 25, 2005
            Date

Signature of Server: [signed] Stephen M. McGrath

Address of Server: POB 204 FOXBORO MA 02035

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.