AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

<u>EASTERN DIVISION</u>   District of   <u>MASSACHUSETTS</u>

PETER TINKHAM

V.

DOREEN R. KELLY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-1047 0 MLW

TO: (Name and address of Defendant)

ERICA COHEN
OSS AREA OFFICE
30 MYSTIC STREET
ARLINGTON, MA 02474
781-641-8500

18 HAMILTON ROAD
ARLINGTON
MASSACHUSETTS
781-646-5935

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JULIET ALEXANDER AND PETER TINKHAM
P.O. BOX 466
HOPKINTON
MASSACHUSETTS
01748-9998

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

3-11-05
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7.27.05 |
| NAME OF SERVER (PRINT) STEPHEN M. MCGRATH | TITLE DISINTERESTED PARTY |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Dept. of Social Services Area Office 30 Mystic St. Arlington

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL 25.- | SERVICES 90.- | TOTAL $0.00  115.- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7.27.05
             Date                 Signature of Server   Stephen M. McGrath

POB 204 Foxboro MA 02035
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.