United States District Court
District of Massachusetts

Peter Tinkham
V
Doreen Kelly                                    Civil ActionNo;0510470MLW

Plaintiffs Motion for Enlargement of Time

Plaintiffs Peter Tinkham and Juliet Alexander, pro se, hereby move, pursuant to Fed. R. Civ.P. 6(b), for an extension of the time specified for the response to Defendants July 27, 2005 Motion to Dismiss, viz, 10 days, from August 6 2005, until August 15 2005.

As grounds for their motion, Plaintiffs state:
1. As citizens and residents of the State of Maine, they keep a post office box in the Commonwealth for the convenience of the Court and Defendants. This box is checked every four days consequently abridging the number of days designated for timely response to some motions.
2. Plaintiffs' obligation to be brief which, in view of their pro se status, paradoxically requires more time.

For the foregoing reasons, Plaintiffs respectfully submit that their motion to enlarge the time to respond to Defendants' Motion to Dismiss should be granted.

Peter Tinkham

*Peter Tinkham* (signature)

August 1, 2005
PO box 1075
Easton, Ma 02334
207-364-3964

I hereby certify that a true copy of the above document was served upon the attorney of record for the other party by mail on August 1, 2005.

*Peter Tinkham* (signature)