UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.

　　　V.                               CIVIL ACTION NO:   )05-10470MLW

DOREEN R. KELLY, ET AL.

MOTION FOR ENTRY OF DEFAULT JUDGEMENT

Plaintiffs, Peter Tinkham and Juliet Alexander, pro se, move this Court for an entry of default judgement against Defendant Stephanie Thomas. As grounds for their motion, Plaintiffs state:

Defendant was served by a licensed constable on July 25, 2005 after taking affirmative steps to evade service and after declining to return the signed waiver of service sent by Plaintiffs on June 1, 2005.

Pursuant to Rule 12(a) Defendant was obliged to serve an answer to Plaintiffs' Complaint by August 14, 2005, has failed to do so and has exhibited continuing and willful disregard for litigation and for Federal Court procedures.

Therefore, because Defendant Thomas has failed to plead or otherwise defend in a timely fashion, Plaintiffs move for an entry of default judgement against Defendant by this Court.

Respectfully submitted

　　　　　　　　　　　　　　　　　　　　Peter Tinkham, Pro se
　　　　　　　　　　　　　　　　　　　　P.O. Box 1075
　　　　　　　　　　　　　　　　　　　　Easton, MA  02334
　　　　　　　　　　　　　　　　　　　　207-364-3964
　　　　　　　　　　　　　　　　　　　　207-585-2137
　　　　　　　　　　　　　　　　　　　　August /5  2005