UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.

    V.                         CIVIL ACTION NO: 05-10470MLW

DOREEN R. KELLY, ET AL.

AFFIDAVIT OF STEPHEN McGRATH

I. Stephen McGrath, state under oath as follows;

1. I own McGrath Investigative Consultants and I am an appointed constable.

2. I have duly served Defendant  Erin Senges  personally.

3. Defendant  Erin Senges  took affirmative steps to evade service and, as a consequence, I necessarily spent more time and effort in locating Defendant  Erin Senges  prior to service.

4. Personal service upon Defendant  Erin Senges  cost $ 265.00  and this cost was paid by Peter Tinkham and Juliet Alexander, Plaintiffs in the above-captioned case.

Signed under the penalties of perjury this  15  day of August 2005.

                                                      *Stephen M. McGrath*
                                                     Stephen McGrath

**Check 814**

PETER F. TINKHAM                                814
                                          5-7017/2110
Date July 11 2005                             793

Pay to the Order of: Stephen McGrath    $ 500.00

Five Hundred ——————————— Dollars

Citizens Bank
Massachusetts

For: retainer for PT services

Peter Tinkham    MP

⑆211070175⑆  1138183129⑆  0814

---

**Check 813**

PETER F. TINKHAM                                813
                                          5-7017/2110
Date July 11 2005                             793

Pay to the Order of: Stephen McGrath    $ 630.00

Six hundred Thirty ——————————— Dollars

Citizens Bank
Massachusetts

For: service on 3△5

Peter Tinkham    MP

⑆211070175⑆  1138183129⑆  0813