UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM ET EL.

V                           CIVIL ACTION NO: 05-10470 MLW

DOREEN R. KELLY ET AL.

MOTION FOR PAYMENT OF COSTS OF PERSONAL SERVICE

Plaintiffs, Peter Tinkham and Juliet Alexander, move this Court for an order requiring Defendant __Erin Senges__ to pay the costs of personal service, pursuant to Fed.R.Civ.P., 4(d).

On June 1, 2005, Defendant __Erin Senges__ was served with a notice of waiver, a copy of the Complaint, two forms of waiver of service, and a stamped, addressed envelope pursuant to Fed.R.Civ.P.,4(d). Defendant __Erin Senges__ did not return the acknowledgement of receipt of Complaint and failed to comply with the request for waiver within the time specified in Fed. R.Civ.P., 4(d)(2)(F), necessitating personal service of the Complaint and Summons.

Personal service on Defendant __Erin Senges__ cost $__300.05__. In support of this motion, Plaintiffs submit the attached, viz., copy of waiver, copy of summons served, affidavit of Constable Stephen McGrath, and affidavit of Plaintiff ~~Alexander~~ TINKHAM

Dated: August 11, 2005

            Peter Tinkham

Peter Tinkham, Pro se.
P.O.Box  1075
Easton, MA  02334
207-364-3964
207-585-2137

AO 398 (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

ATTACHMENT 7

TO: (A) __BARNEY KEEZELL__

as (B) _____ of (C) _____

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the
(D) __EASTERN DIVISION__ District of __MASSACHUSETTS__
and has been assigned docket number (E) __05-1047 OMLW__

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __1st__ day of __JUNE__, __2005__.

_Juliet Alexander_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION   District of   MASSACHUSETTS

PETER TINKHAM

**SUMMONS IN A CIVIL ACTION**

V.

DOREEN R. KELLY

CASE NUMBER:

05 - 10470 MLW

TO: (Name and address of Defendant)

BARNEY KEEZELL
DIRECTOR
OSS FAIR HEARING UNIT
24 FARNSWORTH STREET
BOSTON, MA  02210  → 617-748-2000

NO AVAILABLE HOME
ADDRESS.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JULIET ALEXANDER AND PETER TINKHAM
P.O. BOX 466
HOPKINTON
MASSACHUSETTS
01748-9998.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

3-11-05

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


PETER TINKHAM, ET AL.

V.                              CIVIL ACTION NO:  05-10470MLW

DOREEN R. KELLY, ET AL.


AFFIDAVIT OF STEPHEN McGRATH


I. Stephen McGrath, state under oath as follows;

1. I own McGrath Investigative Consultants and I am an appointed constable.

2. I have duly served Defendant Barney Keezell, leaving summons and Complaint with a person of suitable age residing therein, at his home address.

3. Defendant Barney Keezell took affirmative steps to evade service and, as a consequence, I necessarily spent more time and effort in locating Defendant Barney Keezell prior to service.

4. Personal service upon Defendant Barney Keezell cost $ 180.00 and this cost was paid by Peter Tinkham and Juliet Alexander, Plaintiffs in the above-captioned case.

Signed under the penalties of perjury this 15 day of August 2005.

*Stephen M. McGrath*
Stephen McGrath

| | |
|---|---|
| **PETER F. TINKHAM** | 814 |
| | 5-7017/2110 793 |
| Date | July 11 2005 |
| Pay to the Order of | Stephen McGrath  $500.00 |
| | Five Hundred ____ Dollars |
| **Citizens Bank** Massachusetts | |
| For retainer for PT Servis | Peter Tinkham MP |
| ⑈211070175⑈ 1138183129⑈ 0814 | |

| | |
|---|---|
| **PETER F. TINKHAM** | 813 |
| | 5-7017/2110 793 |
| Date | July 11 2005 |
| Pay to the Order of | Stephen McGrath  $630.00 |
| | Six hundred Thirty ____ Dollars |
| **Citizens Bank** Massachusetts | |
| For service on 3△5 | Peter Tinkham MP |
| ⑈211070175⑈ 1138183129⑈ 0813 | |