UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.

V.                              CIVIL ACTION NO: 05-10470MLW

DOREEN R. KELLY, ET AL.

AFFIDAVIT OF STEPHEN McGRATH

I. Stephen McGrath, state under oath as follows;

1. I own McGrath Investigative Consultants and I am an appointed constable.

2. I have duly served Defendant **Kenneth Pontes** personally.

3. Defendant **Kenneth Pontes** took affirmative steps to evade service and, as a consequence, I necessarily spent more time and effort in locating Defendant **Kennthe Pontes** prior to service.

4. Personal service upon Defendant **Kenneth Pontes** cost $ __185.00__ and this cost was paid by Peter Tinkham and Juliet Alexander, Plaintiffs in the above-captioned case.

Signed under the penalties of perjury this _15_ day of August 2005.

_Stephen M. McGrath_
Stephen McGrath