UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.

    V.                           CIVIL ACTION NO: 05-10470MLW

DOREEN R. KELLY, ET AL.


AFFIDAVIT OF STEPHEN McGRATH

I. Stephen McGrath, state under oath as follows;

1. I own McGrath Investigative Consultants and I am an appointed constable.

2. I have duly served Defendant __Erica Cohen__ personally.

3. Defendant __Erica Cohen__ took affirmative steps to evade service and, as a consequence, I necessarily spent more time and effort in locating Defendant __Erica Cohen__ prior to service.

4. Personal service upon Defendant __Erica Cohen__ cost $__115.00__ and this cost was paid by Peter Tinkham and Juliet Alexander, Plaintiffs in the above-captioned case.

Signed under the penalties of perjury this _15_ day of August 2005.

                                              _/s/ Stephen M McGrath_
                                              Stephen McGrath

**PETER F. TINKHAM**  814

Date July 11 2005

Pay to the Order of  Stephen McGrath  $ 500.00

Five Hundred  Dollars

**Citizens Bank**
Massachusetts

For retainer for PT services

Peter Tinkham

⑆211070175⑆ 138183129⑈ 0814

---

**PETER F. TINKHAM**  813

Date July 11 2005

Pay to the Order of  Stephen McGrath  $ 630.00

Six hundred Thirty  Dollars

**Citizens Bank**
Massachusetts

For service on 3△5

Peter Tinkham

⑆211070175⑆ 138183129⑈ 0813