UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILE

PETER TINKHAM, ET AL.

     V.                    CIVIL ACTION NO:  05-10470MLW

DOREEN R. KELLY, ET AL.

AFFIDAVIT OF PLAINTIFF PETER TINKHAM

I, Peter Tinkham, state under oath as follow:

1. I am a Plaintiff acting pro se in that above-captioned matter.

2. I reside in the State of Maine.

3. I employed Constable Stephen McGrath to find and serve Defendant _Erica Cohen_.

4. I paid Constable McGrath $_115.00_ for the costs involved in serving Summons and Complaint on Defendant _Erica Cohen_.

5. I also spent approximately $40.00 in time, copies of the C Complaint and postage to effect personal service upon this Defendant.

Signed under the penalties of perjury this _15_ day of August, 2005.

_Peter Tinkham_
Peter Tinkham