UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


PETER TINKHAM, ET AL.

     V,                       CIVIL ACTION NO:  05-10470MLW

DOREEN R. KELLY, ET AL.



AFFIDAVIT OF STEPHEN McGRATH


I. Stephen McGrath, state under oath as follows;


1. I own McGrath Investigative Consultants and I am an appointed constable.


2. I have duly served Defendant Stephanie Thomas at her home address by leaving a copy of the Summons and Complaint with a person of suitable age residing therein, viz., her husband.

3. Defendant Thomas took affirmative steps to evade service and, as a consequence, I necessarily spent more time and effort in locating Defendant Thomas prior to service.


4. Personal service upon Defendant Stephanie Thomas cost $ 480.00 and this cost was paid by Peter Tinkham and Juliet Alexander, Plaintiffs in the above-captioned case.


Signed under the penalties of perjury this 15 day of August 2005.


_Stephen M McGrath_
Stephen McGrath

PETER F. TINKHAM                                                                814

Date _July 11 2005_                5-7017/2110
                                                        793

Pay to the
Order of _Stephen McGrath_                    $ _500 ⁰⁰_

_Five Hundred_ _____ Dollars    🔒   Security features
                                                                                are included.
                                                                                Details on back.

�excite **Citizens Bank**
Massachusetts

For _retainer for PT servis_   _Peter Tinkham_   MP

⑆211070175⑆ ⑈138183129⑈ 0814

© Clarke American                                          GUARDIAN® SAFETY GREEN WDGN


PETER F. TINKHAM                                                                813

Date _July 11 2005_                5-7017/2110
                                                        793

Pay to the
Order of _Stephen McGrath_                    $ _630 ⁰⁰_

_Six hundred Thirty_ _____ Dollars    🔒   Security features
                                                                                are included.
                                                                                Details on back.

✻ **Citizens Bank**
Massachusetts

For _service on 3△5_   _Peter Tinkham_   MP

⑆211070175⑆ ⑈138183129⑈ 0813

© Clarke American                                          GUARDIAN® SAFETY GREEN WDGN