UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.

    V.                          CIVIL ACTION NO: 05-10470MLW

DOREEN R. KELLY, ET AL.


AFFIDAVIT OF STEPHEN McGRATH


I. Stephen McGrath, state under oath as follows;

1. I own McGrath Investigative Consultants and I am an appointed constable.

2. I have duly served Defendant Barbara Hawkes-Sullivan personally.

3. Defendant Hawkes-Sullivan took affirmative steps to evade service and, as a consequence, I necessarily spent more time and effort in locating Defendant Hawkes-Sullivan prior to service.

4. Personal service upon Defendant Hawkes-Sullivan cost $ 220.00 and this cost was paid by Peter Tinkham and Juliet Alexander, Plaintiffs in the above-captioned case.

Signed under the penalties of perjury this _15_ day of August 2005.

                                               _Stephen M. McGrath_
                                               Stephen McGrath

**PETER F. TINKHAM**  814
5-7017/2110
793

Date July 11 2005

Pay to the Order of Stephen McGrath  $ 500.00

Five Hundred ———— Dollars

**Citizens Bank**
Massachusetts

For retainer for PT services

Peter Tinkham   MP

⑈211070175⑈ 1138183129⑈ 0814

---

**PETER F. TINKHAM**  813
5-7017/2110
793

Date July 11 2005

Pay to the Order of Stephen McGrath  $ 630.00

Six hundred Thirty ———— Dollars

**Citizens Bank**
Massachusetts

For service on 3△5

Peter Tinkham   MP

⑈211070175⑈ 1138183129⑈ 0813