UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER TINKHAM, ET AL.

    V.                    CIVIL ACTION NO:   05-10470MLW

DOREEN R. KELLY, ET AL.

AFFIDAVIT OF PLAINTIFF PETER TINKHAM

I, Peter Tinkham, state under oath as follow:

1. I am a Plaintiff acting pro se in that above-captioned matter.

2. I reside in the State of Maine.

3. I employed Constable Stephen McGrath to find and serve Defendant Barbara Hawkes-Sullivan.

4. I paid Constable McGrath $ 220.00 for the costs involved in serving Summons and Complaint on Defendant Hawkes-Sullivan.

5. I also spent approximately $40.00 in time, copies of the C Complaint and postage to effect personal service upon this Defendant.

Signed under the penalties of perjury this /5 day of August, 2005.

                                                _/s/ Peter Tinkham_
                                                Peter Tinkham