UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER TINKHAM, JULIET ALEXANDER, and SAMANTHA TINKHAM, pro se,<br>    Plaintiffs,<br>v.<br>DOREEN R. KELLY, BARRY L. MINTZER, JEAN CURTIS LOUD, ROBERT L. DOYLE, DONNA KYED, MARGARET VERRET, JOAN BERNHEIMER, JUDI ALBERTON, CLAIRE JACKSON, ERIN L. SENGES, BARBARA A. HAWKES-SULLIVAN, BARNEY KEEZELL, STEPHANIE THOMAS, ERICA COHEN, and KENNETH PONTES,<br>    Defendants. | CIVIL ACTION<br>NO. 05-10470-MLW |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned appears as counsel for Defendants ERIN L. SENGES, BARBARA A. (HAWKES) SULLIVAN, BARNEY KEEZELL, STEPHANIE THOMAS BROWN, ERICA COHEN, and KENNETH PONTES.

Defendants,
Erin L. Senges, Erica Cohen,
Barbara A. (Hawkes) Sullivan,
Barney Keezell, Kenneth Pontes, and
Stephanie Thomas Brown,

By Their Attorney,

_____
Stephen Dick, BBO #560508
Assistant Attorney General
Government Bureau/Trial Division
1 Ashburton Place
Boston MA 02108
617-727-2200 x3324
fax 617-727-2200
stephen.dick@ago.state.ma.us

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the above **Notice of appearance of Counsel** upon Plaintiffs, via first-class mail addressed to Peter Tinkham, Juliet Alexander, PO Box 466, Hopkinton MA 01748-9998, on **August 31, 2005.**

_____
Stephen Dick