UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER TINKHAM, JULIET ALEXANDER, and SAMANTHA TINKHAM, pro se,<br>    Plaintiffs,<br>v.<br><br>DOREEN R. KELLY, BARRY L. MINTZER, JEAN CURTIS LOUD, ROBERT L. DOYLE, DONNA KYED, MARGARET VERRET, JOAN BERNHEIMER, JUDI ALBERTON, CLAIRE JACKSON, ERIN L. SENGES, BARBARA A. HAWKES-SULLIVAN, BARNEY KEEZELL, STEPHANIE THOMAS, ERICA COHEN, and KENNETH PONTES,<br>    Defendants. | CIVIL ACTION<br>NO. 05-10470-MLW |

## COMMONWEALTH DEFENDANTS' NOTICE OF CONSENT TO REASSIGNMENT OF THIS CASE TO MAGISTRATE JUDGE ALEXANDER

Defendants ERIN L. SENGES, BARBARA A. HAWKES-SULLIVAN, BARNEY KEEZELL, STEPHANIE THOMAS, ERICA COHEN, and KENNETH PONTES consent to reassignment of the above-captioned matter to Magistrate Judge Alexander.

Defendants,
Erin L. Senges, Barbara A. Hawkes-Sullivan, Barney Keezell, Stephanie Thomas, Erica Cohen, and Kenneth Pontes,

By Their Attorney,

s/s
-----------------------------------
Stephen Dick, BBO #560508
Assistant Attorney General
Trial Division/Government Bureau
1 Ashburton Place,
Boston MA 02108
617-727-2200 x3324

**CERTIFICATE OF SERVICE**
I certify that true and accurate copies of this document were served upon Plaintiffs pro se via first-class mail addressed to Juliet Alexander, Peter Tinkham, PO Bos 466, Hopkinton MA 01748-9998, on October 3, 2005.
    s/s
    Stephen Dick