October 14, 205

Ms. Kathy Boyce, Clerk
United States District Court
One Courthouse Way
Boston, Ma. 02210

FILED
IN CLERKS OFFICE

2005 OCT 17 A 9: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Tinkham v Kelly Civil Action No: 05-10470 MLW

Dear Ms. Boyce,

    Plaintiffs in the above-captioned action have received the Court's memorandum and order of September 28, 2005 and most respectfully decline to consent to the transfer of this case to Magistrate Judge Alexander for all purposes. We would however be pleased to consider any alternative dispute resolution option which is offered in the District of Massachusetts and which may, if the other parties consent, result in relieving the Court of its burden altogether.

    Additionally, we have reviewed the Civil Docket for this case and respectfully point out the following, doubtless inadvertent, anomalies for the record:

1. Defendant Barry Mintzer's Waiver of Service, sent to the Clerk's Office on July 11, 2005 has not been docketed.
2. Attorney Davis' Motion in Opposition (entry #49) was docketed on behalf of the nine "School Defendants" he represents and the six "DSS Defendants" he does not.
3. The docket shows entry of only five of the six Motions for payment of costs submitted by Plaintiffs on August 11, 2005 against DSS Defendants. You will note that docket entry #37 concerns an affidavit "in re 36 Motion", which Motion does not appear in the docket. In fact there is no entry numbered 36.

    We would be pleased to forward to you copies of the above-referenced documents if needed.

    Thanking you for your kind attention, we remain

                             Very truly yours

                             Peter Tinkham, Pro Se
                             Juliet Alexander, Pro Se
                             PO Box 1075
                             Easton, Ma 02334

P.S. Please note that our 207-585-2137 telephone number is no longer in service.
    Our new number, 207-364-3964 has an answering service for your convenience.