United States District Court
District of Massachusetts

Peter Tinkham
   V
Doreen Kelly                      Civil action # 05-10470MLW

    Plaintiff Peter Tinkham, pro se, hereby moves this court for permission to correct 2 typographical errors in his motion in opposition filed October 30, 2005. As grounds, therefore, Plaintiff states:

1) On page 9 of the motion, paragraph 27, the number 1563 should read 1365.

2) On page 3 of Peter Tinkham's Affadavit, attached to the motion, paragraph 18, the number 1565 should read 1365.

3) I have corrected the copies sent to Counsel late.

Respectfully submitted,

                                           Peter Tinkham

                                           *[signature]*

                                           November 1, 2005
                                           PO Box 1075
                                           Easton, Ma, 02334
                                           207-364-3964