UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

PETER F. TINKHAM et al

      V.                          CA No. 05-10470-MLW

DOREEN R. KELLY et al

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Alexander for the following proceedings:

(A)  X   Referred for full pretrial case management, including all dispositive motions.

(B)      Referred for full pretrial case management, not including dispositive motions:

(C)      Referred for discovery purposes only.

(D)  X   Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    (X) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered:  19 and 53

(E)  X   Case referred for events only.  See Doc. No(s).  2, 15, 23, 32, 35-36, 40, 43, 46, 57, 61 and 62

(F)      Case referred for settlement.

(G)      Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)  X   Special Instructions: Report and Recommendation on Motion for Default Judgments doc. nos 25-31.

November 16, 2005                                 By:    /s/ Dennis O'Leary
Date                                                  Deputy Clerk    **(order-ref-mag.wpd - 05/2003)**

---

[1] See reverse side of order for instructions