UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-10470MLW

PETER TINKHAM, JULIET ALEXANDER and SAMANTHA TINKHAM,

    Plaintiffs,

v.

DOREEN R. KELLY, BARRY L. MINTZER, JEAN CURTIS LOUD, ROBERT L. DOYLE, DONNA KYED, MARGARET VERRET, JOAN BERNHEIMER, JUDI ALBERTON, CLAIRE JACKSON, ERIN L. SENGES, BARBARA A. HAWKES-SULLIVAN, BARNEY KEEZELL, STEPHANIE THOMAS, ERICA COHEN and KENNETH PONTES,

    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel of record for the defendants, Doreen R. Kelly, Barry L. Mintzer, Esq., Dr. Jean Curtis Loud, Dr. Robert L. Doyle, Donna Kyed, Margaret Verret, R.N., Dr. Joan Bernheimer, Judith M. Alberton and Dr. Claire W. Jackson, in the above-captioned matter.

The defendants,

DOREEN R. KELLY, BARRY L. MINTZER, ESQ., DR. JEAN CURTIS LOUD, DR. ROBERT L. DOYLE, DONNA KYED, MARGARET VERRET, R.N., DR. JOAN BERNHEIMER, JUDITH M. ALBERTON and DR. CLAIRE W. JACKSON,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

Dated: January 20, 2006

_____
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Pleading on all parties by mailing same, postage Prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.
DATED: 1/20/06