

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

**Via Facsimile (617-748-4584) & First-Class Mail**
January 19, 2006

Hon. Joyce London Alexander
Unites States Magistrate Judge
United States District Court
1 Courthouse Way #24
Boston MA 02210

Re:   Tinkham, et al. v. Kelly, et al.
      U.S.D.C. 05-10470-MLW

Your Honor,

I apologize for my absence from the hearing in the above matter this afternoon, and for the inconvenience it caused the Court. Between the date change and our call to trial, I inexcusably lost track of my calendar, and did not, but should have, realize that the new hearing date fell in the middle of our trial week.

There was neither disrespect of the Court meant, nor was there an intent to ignore the Court's authority, schedule or rules. Nor can the error reasonably be ascribed to this Office; this was a personal failing of my own that resulted in missing a hearing I was looking forward to attending.

I can only ask that the Court, this once, excuse my unintentional conduct, and consider Defendants' comprehensive Motion to Dismiss on the papers, if not at another hearing.

Sincerely,

Stephen Dick, AAG, x3324
stephen.dick@ago.state.ma.us

cc:   Peter Tinkham, Juliet Alexander
      John J. Davis, Esq.

JAN. 20. 2006 3:09PM NERO 617-727-3076 NO. 102 P. 2
Case 1:05-cv-10470-MLW Document 76    Filed 01/20/2006    Page 1 of 2

# FAX TRANSMISSION

## TRIAL DIVISION
### OFFICE OF THE ATTORNEY GENERAL
·1 ASHBURTON PLACE
BOSTON, MA 02108
(617) 727-2200 x. 3324
FAX: (617) 727-3076

| | | | |
|---|---|---|---|
| To: | Hon. Joyce London Alexander | Date: | January 20, 2006 |
| Fax #: | 617-748-4584 | Phone # | |
| From: | Stephen Dick, AAG<br>Phone: 617-727-2200 ext. 3324<br>Fax : 617-727-3076 | Pages: | 2 , including this cover sheet |
| Subject: | Tinkham, et al. v. Kelly, et al.<br>USDC 05-10470-MLW | | |

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given above.