UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER TINKHAM, JULIET ALEXANDER, and SAMANTHA TINKHAM, pro se,<br>    Plaintiffs,<br>v.<br>DOREEN R. KELLY, BARRY L. MINTZER, JEAN CURTIS LOUD, ROBERT L. DOYLE, DONNA KYED, MARGARET VERRET, JOAN BERNHEIMER, JUDI ALBERTON, CLAIRE JACKSON, ERIN L. SENGES, BARBARA A. HAWKES-SULLIVAN, BARNEY KEEZELL, STEPHANIE THOMAS, ERICA COHEN, and KENNETH PONTES,<br>    Defendants. | CIVIL ACTION<br>NO. 05-10470-MLW |

## DSS DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTIONS IN LIMINE

⎯⎯⎯⎯ The DSS Defendants join and incorporate in their Opposition, the school Defendants' Opposition to Plaintiffs' Motions in Limine.

**CERTIFICATE OF SERVICE**
I certify that I served one true copy each of the above **Supplemental Opposition** upon both Plaintiffs pro se, via first-class mail addressed to Peter Tinkham, PO Box 466, Hopkinton MA 01748-9998, and Juliet Alexander, PO Box 466, Hopkinton MA 01748-9998, on **February 2, 2006**


⎯⎯⎯⎯/s/⎯⎯⎯⎯
Stephen Dick

Defendants,
Erin L. Senges, Barbara A. Hawkes-Sullivan, Barney Keezell, Stephanie Thomas Brown, and Erica Cohen

By Their Attorney,

⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯
Stephen Dick, BBO #560508
Assistant Attorney General
Trial Division/Government Bureau
1 Ashburton Place
Boston MA 02108
617-727-2200
Fax: 617-727-3076
stephen.dick@ago.state.ma.us