**Juliet B. Alexander**
P.O. Box 1075
Easton, MA 02334

DENNIS O'LEARY
U.S. DISTRICT COURT

<u>TINKHAM V. KELLY    CIVIL ACTION #05-10470MLW</u>

Dear Sir,

Please find enclosed Plaintiffs' objection to Magistrate Judge Alexander's Report and Recommendation in the above captioned case. I have filed a copy of this objection in the Clerk's Office and I have also sent a copy to Magistrate Judge Alexander, as well as to opposing counsel. I have appended several documents in support of Plaintiffs' position and I certify that every document is a true and accurate copy of the document docketed in this case. I have also sent a copy of Plaintiffs' Complaint in the hopes that it may be of assistance to the Judge in evaluating our objections.

I remain

                                              Very truly yours,

                                              JULIET ALEXANDER, PRO SE
                                              P.O. BOX 1075
                                              EASTON, MA 02334
                                              (207) 364-3964