UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PETER TINKHAM, et al**
               **Plaintiff**

    V.

**DOREEN R. KELLY, et al**
               **Defendant**

CIVIL ACTION

NO.  **05-10470-MLW**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Memorandum and Order entered on **March 19, 2006**, in the above-referenced action, dismissing the plaintiff's complaint, it is hereby ORDERED:

Judgment of dismissal without prejudice for the **defendants.**

                              By the Court,

**March 20, 2006**                              **/s/ Dennis O'Leary**
    Date                                        Deputy Clerk

(judge-dis.wpd - 12/98)                                                 [jgm.]