UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 17 A 10: 21

FILE NUMBER 05-10470MLW
U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER TINKHAM, ET AL.

V.

DOREEN R. KELLY, ET AL.                NOTICE OF APPEAL


Notice is hereby given that Peter Tinkham, Juliet Alexander and Samantha Tinkham, plaintiffs in the above named case **hereby** appeal to the United States Court of Appeals for the 1st **Circuit** from the final judgment entered in this action on the 19th **day** of March, 2006 by Wolfe, J.

(s) *[signature: Peter Tinkham]*
Pro se Plaintiff

(s) *[signature: Juliet Alexander]*
Pro se Plaintiff

ADDRESS: P.O. Box 1075
Easton, MA 02334
(207) 364-3964

```
United States District Court 4638

Mon Apr 17 14:39:57 2006

    UNITED STATES DISTRICT COURT

    BOSTON            , MA

Receipt No.   321 71835
Cashier       orozco

Check Number:  1095

DO Code      Div No
 4638          1

Sub Acct Type Tender     Amount
1:086900  N     2        105.00
2:510600  N     2        130.00
3:086400  N     2        200.00

Total Amount       $     435.00

NEW APPEALS 05-CV-10470 MLW, CK FROM PETE
R TINKHAM 132 MASSAPOAG AVE

SHARON, MA 02067




n
```